```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

United States of America

    v.                                    CRIMINAL ACTION NO.
                                           1:21-mj-02236-MBB
Robinson Alberto Baez-Nova

## ORDER PURSUANT TO
## FEDERAL RULE OF CRIMINAL PROCEDURE 5

**BOWLER, U.S.M.J.**

In compliance with the Due Process Protections Act and consistent with <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny, the United States is ordered to disclose all exculpatory information, in a timely manner, to the defendant. This information includes, but is not limited to, evidence that is material and is favorable to the accused. Specific categories of exculpatory evidence that must be provided to the defense are set forth in Local Rule 116.2. The failure to discharge this obligation may result in consequences, including the reversal of any conviction, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court.

So Ordered.

                                                  /s/ Marianne B. Bowler
                                                Marianne B. Bowler, U.S.M.J.

Dated: 4/30/2021